# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST 2006-WFHE3, ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-WFHE3,

Respondent

v.

KATHERYNE W. DAVIS, AKA KATHERYNE WHITNEY DAVIS,

Petitioner

: No. 495 MAL 2020
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 17th day of February, 2021, the Petition for Allowance of Appeal is **DENIED**.